**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| SHEILA McNEIL,<br><br>*Plaintiff*,<br><br>*v.*<br><br>HON. KAY IVEY, in her official capacity as Governor of the State of Alabama, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-00411-BL-KFP |

**NOTICE OF APPEARANCE**

Comes now, Stephen J. Thornton, a member of the Bar of this Court, and enters his appearance as counsel for the Honorable Kay Ivey, who is sued in her official capacity as Governor of the State of Alabama, and the Honorable Steve Marshall, who is sued in his official capacity as Attorney General of the State of Alabama.

Respectfully submitted,

Steve Marshall
*Attorney General*

/s/ Stephen J. Thornton
Stephen J. Thornton (ASB-2064-S77X)
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Stephen.Thornton@AlabamaAG.gov

*Counsel for the State Defendants*